ice Commission of Utah, and *D. A. Skeen* for Seamons et al., petitioners. *Harold S. Shertz* for respondent.

No. 597. MANDOLI *v.* ACHESON, SECRETARY OF STATE. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Jack Wasserman, Gaspare Cusumano* and *Harry Meisel* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* filed a memorandum for respondent.

No. 746. SANFORD *v.* KEPNER. C. A. 3d Cir. Certiorari granted. *J. Preston Swecker* for petitioner. *Wilmer Mechlin, Hugh M. Morris, George R. Ericson* and *William D. Denson* for respondent.

No. 753. ARROWSMITH ET AL., EXECUTORS, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari granted. *George R. Sherriff* for petitioners. *Solicitor General Perlman* filed a memorandum for respondent.

No. 305, Misc. TINDER *v.* UNITED STATES. C. A. 4th Cir. Certiorari granted. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Murry Lee Randall* for the United States.

No. 624. CADDEN *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. *Vincent J. Hargadon* for

petitioner. *J. D. Buckman, Jr.,* Attorney General of Kentucky, and *Squire N. Williams, Jr.,* Assistant Attorney General, for respondent.

No. 705. RAMSEY ET AL., TRUSTEES, *v.* UNITED STATES. Court of Claims. Certiorari denied. *William Ritche* for petitioners. *Solicitor General Perlman* for the United States.

No. 720. BRENNAN ET AL. *v.* DELAWARE, LACKAWANNA & WESTERN RAILROAD CO. ET AL.; and

No. 728. SWITCHMEN'S UNION OF NORTH AMERICA ET AL. *v.* DELAWARE, LACKAWANNA & WESTERN RAILROAD CO. ET AL. Court of Appeals of New York. Certiorari denied. *Thomas J. McKenna* for petitioners in No. 720 and Brotherhood of Railroad Trainmen, respondent in No. 728. *Harold C. Heiss* for petitioners in No. 728. *Rowland L. Davis, Jr.* for the Delaware, Lackawanna & Western Railroad Co., respondent. Reported below: 303 N. Y. 411, 103 N. E. 2d 532.

No. 735. HY-V COMPANY, INC. *v.* CAMPBELL SOUP CO. United States Court of Customs and Patent Appeals. Certiorari denied. *Thomas L. Mead, Jr., Francis C. Browne, William E. Schuyler, Jr.* and *Andrew B. Beveridge* for petitioner. *Ellis W. Leavenworth, Leslie D. Taggart* and *Tracy R. V. Fike* for respondent.

No. 737. CHOURNOS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Shirley P. Jones* for petitioner. *Solicitor General Perlman, Assistant Attorney General Underhill, Roger P. Marquis* and *John C. Harrington* for the United States.